FILED

04/22/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0250



IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0250

STATE OF MONTANA

        Plaintiff and Appellee,

    v.

TANNER DAVID ALFORD,

        Defendant and Appellant.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

    Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

    DATED: April 22, 2024.

FILED

APR 2 2 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____
BOWEN GREENWOOD
Clerk of the Supreme Court